IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                          :   NO. 207
                                                :
                                                :   DISCIPLINARY RULES DOCKET
FINANCIAL INSTITUTIONS APPROVED  :
AS DEPOSITORIES FOR FIDUCIARY    :
ACCOUNTS                                :
                                                :

## ORDER

PER CURIAM

AND NOW, this 6th day of May, 2021, it is hereby Ordered that the financial institutions named on the attached list are approved as depositories for fiduciary accounts in accordance with Pa.R.D.E. 221.